# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETWORK-1 TEHNOLGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> FORTINET, INC., <br><br> Defendant. | C.A. No. 22-cv-1319-MN |

## UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Plaintiff, at the request of Defendant Fortinet, Inc. ("Fortinet"), hereby moves to extend the deadline for Fortinet to answer, move or otherwise respond to the complaint to December 1, 2022. Fortinet has not yet retained local counsel and, therefore, requested that Plaintiff file this motion. Plaintiff does not oppose the extension sought by Fortinet.

Dated: October 14, 2022

Of Counsel:

Gregory Dovel
Richard Lyon
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Tel: 310-656-7066
Email: greg@dovel.com
Email: rick@dovel.com

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff*