# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETWORK-1 TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> FORTINET, INC., <br><br> Defendant. | C.A. No. 22-cv-1319-MN |

## PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Network-1 Technologies, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby provides notice that it dismisses all claims asserted by it in this case without prejudice, with each party to bear their own attorneys' fees, costs of court, and expenses.

Dated: October 19, 2023

Of Counsel:

Gregory Dovel
Sean Luner
Richard Lyon
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Tel: 310-656-7066
Email: greg@dovel.com
Email: sean@dovel.com
Email: rick@dovel.com

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff*